**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 23-cr-234** |
| **v.** | **:** | |
| | **:** | |
| **BIAO QU,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Trial Attorney Sonia Murphy, who may be contacted by telephone at (202) 305-3067 or e-mail at Sonia.Murphy@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Sonia W. Murphy*
SONIA W. MURPHY
Trial Attorney
D.C. Bar No. 483072
United States Attorney's Office
District of Columbia
(202) 305-3067
Sonia.Murphy@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 6th day of March 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>/s/ Sonia W. Murphy
>SONIA W. MURPHY
>Trial Attorney